IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER L. DODGE, *et al*., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-01368 (RBW) |
| STEPTOE & JOHNSON, LLP PROFIT SHARING | ) | |
| PLAN FOR CLASS O EMPLOYEES, *et al*. | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon consideration of Defendants' Motion For An Extension Of Time To Answer Or Otherwise

Respond To Plaintiffs' Complaint, and any opposition thereto, it is this _____ day of

_____, 2006,

     ORDERED, that said Motion be and HEREBY is GRANTED; and it is further

     ORDERED, that Defendants shall have until September 20, 2006 to respond to Plaintiffs'

Complaint.

     SO ORDERED.


_____
United States District Court Judge


DATE: _____