IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01368 (RBW) |
| ) | |
| STEPTOE & JOHNSON, LLP PROFIT SHARING ) | |
| PLAN FOR CLASS O EMPLOYEES, *et al.* ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' AMENDED CONSENT MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Steptoe & Johnson, LLP, Steptoe & Johnson, LLP Profit Sharing Plan for Class O Employees, Steptoe & Johnson, LLP Cash or Deferred Profit Sharing Plan, Paul Kruse, Steptoe & Johnson, LLP Group Life Insurance Plan (collectively "the Steptoe Defendants"), by and through their undersigned attorneys, respectfully request a twenty (20) day extension of time – until September 20, 2006 – in which to answer or otherwise respond to the Complaint in the above-captioned case. In support of their motion, the Steptoe Defendants state as follows:

1. The above-captioned Complaint was filed in this Court on August 2, 2006.

2. Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, without an extension, the Steptoe Defendants' response to Plaintiffs' Complaint is due on August 31, 2006.

3. Due to the upcoming holiday, the press of other business, as well as the number of claims and complexity of issues raised in the Complaint, the Steptoe Defendants will need additional time to formulate a response to the Complaint.

4. Accordingly, the Steptoe Defendants request an additional twenty (20) days – until September 20, 2006 – to respond to Plaintiff's Complaint.

DC1 30171933.1

2

5.     Per Local Rule 7(m), counsel for the Steptoe Defendants contacted counsel for Plaintiffs to obtain their consent for this motion. *Counsel for Plaintiffs has courteously agreed to this extension*.

6.     Counsel for the Steptoe Defendants state that this extension will not cause delay or prejudice Plaintiffs in their litigation of this case.

7.     No other extensions have been previously requested in this case.

WHEREFORE, Defendants respectfully request that their motion be granted.

          Respectfully submitted,

          STEPTOE & JOHNSON, LLP, STEPTOE & JOHNSON, LLP PROFIT SHARING PLAN FOR CLASS O EMPLOYEES, STEPTOE & JOHNSON, LLP CASH OR DEFERRED PROFIT SHARING PLAN, PAUL KRUSE, STEPTOE & JOHNSON, LLP GROUP LIFE INSURANCE PLAN

          By:          /s/Jessica R. Hughes
          Karla Grossenbacher, DC Bar No. 442544
          Jessica R. Hughes, DC Bar No. 468853
          SEYFARTH SHAW LLP
          815 Connecticut Avenue, N.W., #500
          Washington, D.C. 20006-4004
          (202) 463-2400 (p)
Attorneys for Defendants

Dated: August 25, 2006