IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01368 (RBW) |
| ) | |
| STEPTOE & JOHNSON, LLP PROFIT SHARING ) | |
| PLAN FOR CLASS O EMPLOYEES, *et al*. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Amended Consent Motion For An Extension Of Time To Answer Or Otherwise Respond To Plaintiffs' Complaint, it is this _____ day of _____, 2006,

ORDERED, that said Motion be and HEREBY is GRANTED; and it is further

ORDERED, that Defendants shall have until September 20, 2006 to respond to Plaintiffs' Complaint.

SO ORDERED.

_____
United States District Court Judge

DATE: _____