IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> STEPTOE & JOHNSON, LLP PROFIT SHARING PLAN FOR CLASS O EMPLOYEES, *et al.* </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-01368 (RBW) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Karla Grossenbacher of the law firm SEYFARTH SHAW LLP as counsel for Defendants Steptoe & Johnson, LLP, Steptoe & Johnson, LLP Profit Sharing Plan for Class O Employees, Steptoe & Johnson, LLP Cash or Deferred Profit Sharing Plan, Paul Kruse, and Steptoe & Johnson, LLP Group Life Insurance Plan in the above-referenced matter.

Respectfully submitted,

STEPTOE & JOHNSON, LLP, STEPTOE & JOHNSON, LLP PROFIT SHARING PLAN FOR CLASS O EMPLOYEES, STEPTOE & JOHNSON, LLP CASH OR DEFERRED PROFIT SHARING PLAN, PAUL KRUSE, STEPTOE & JOHNSON, LLP GROUP LIFE INSURANCE PLAN

By: _____/s/Karla Grossenbacher_____
   Karla Grossenbacher, DC Bar No. 442544
   Jessica R. Hughes, DC Bar No. 468853
   SEYFARTH SHAW LLP
   815 Connecticut Avenue, N.W., Suite 500
   Washington, D.C. 20006-4004
   Attorneys for Defendants

Dated: August 30, 2006