IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEPTOE & JOHNSON, LLP PROFIT SHARING ) <br> PLAN FOR CLASS O EMPLOYEES, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. 06-01368 (RBW) |

CONSENT MOTION TO AMEND EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Steptoe & Johnson, LLP, Steptoe & Johnson, LLP Profit Sharing Plan for Class O Employees, Steptoe & Johnson, LLP Cash or Deferred Profit Sharing Plan, Paul Kruse, Steptoe & Johnson, LLP Group Life Insurance Plan (collectively "the Steptoe Defendants"), by and through their undersigned attorneys, respectfully request that the Court extend the time the Steptoe Defendants have to respond to Plaintiffs' Complaint until September 22, 2006. In support of their motion, the Steptoe Defendants state as follows:

1. The Court granted Defendants' Amended Consent Motion for An Extension of time on or about August 28, 2006 which gave the Steptoe Defendants until September 20, 2006 in which to respond to Plaintiffs' Complaint.

2. The Steptoe Defendants had always planned to seek an extension until September 22, 2006, but due to a typographical error, their motion for an extension only requested an extension until September 20, 2006.

3. Upon reviewing the docket, the Steptoe Defendants just recently became aware of the discrepancy between the time they thought they had sought from the Court and the actual

extension granted. Due to the press of other business and the expectation that the Steptoe Defendants had until September 22, 2006 to respond, the Steptoe Defendants need the additional two (2) days.

4. Counsel for Plaintiffs has been contacted about this discrepancy and has courteously consented to the filing of this motion to amend the extension of time.

5. Accordingly, the Steptoe Defendants request an additional two (2) days – until September 22, 2006 – to respond to Plaintiff's Complaint.

6. Counsel for the Steptoe Defendants state that this extension will not cause delay or prejudice Plaintiffs in their litigation of this case.

WHEREFORE, Defendants respectfully request that their motion be granted.

    Respectfully submitted,

    STEPTOE & JOHNSON, LLP, STEPTOE & JOHNSON, LLP PROFIT SHARING PLAN FOR CLASS O EMPLOYEES, STEPTOE & JOHNSON, LLP CASH OR DEFERRED PROFIT SHARING PLAN, PAUL KRUSE, STEPTOE & JOHNSON, LLP GROUP LIFE INSURANCE PLAN

    By:_____/s/Jessica R. Hughes_____
    Karla Grossenbacher, DC Bar No. 442544
    Jessica R. Hughes, DC Bar No. 468853
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W., #500
    Washington, D.C. 20006-4004
    (202) 463-2400 (p)
    Attorneys for Defendants

Dated: September 14, 2006