# Exhibit 5

# 04/1991 Designation Forms

STEPTOE & JOHNSON
BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D Wallick            SOCIAL SECURITY NUMBER  _____

---

**PLANS**

This beneficiary designation form applies to the following plans:

- [✓] All plans in which I participate
- [ ] Life Insurance Plan
- [ ] Accidental Death & Dismemberment
- [ ] +Defined Benefit Retirement Plan
- [ ] *Cash or Deferred Profit Sharing Plan
- [ ] Associates 401(k) Retirement Plan
- [ ] Partners' Death Benefit Plan

+Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

---

**BENEFICIARY(IES)**

I designate as my beneficiary(ies):

Name  Ann Day Wallick             Primary ✓      100 %
Relationship  WIFE                Contingent ___

Name  Robert P. Wallick, Jr.      Primary ___    100 %
Relationship  Jennifer W. Nelson  Contingent ✓   equally
Name  Jonathan R. Wallick         Primary ___    ___ %
Relationship  my three children   Contingent ___

---

**SPOUSE CONSENT**

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the Defined Benefit Retirement Plan, the Cash or Deferred Profit Sharing Plan, or the Associates 401(k) Plan) is that I will **not** be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____        _____
Spouse Signature                        Date

_____        _____
Notary or Plan Representative           Date

---

**SIGNATURES**

Robert D. Wallick                 4/19/91
Participant Signature             Date

[Witness signature]               4/19/91
Witness Signature                 Date

ACKNOWLEDGMENT