# Exhibit 7

# Unexecuted Beneficiary Designation Forms

**From**  <u>BY HAND</u>

Peter L. Wellington

4/26/5

→ Ellen Kohn —

This was in Bob's
files at his apartment.

Peter

F

1

# MEMORANDUM

December 14, 2000

TO: Bob Wallick

FROM: Carol Rhees
Mary Ann Mancini

RE: Beneficiary Designation for New IRA

---

Attached is suggested language for the beneficiary designation for your new IRA. It is very important that when you sign the beneficiary designation, you provide a copy of your Will to the IRA custodian. A memo and xeroxed copy of your Will are attached for this purpose. When you provide the Will to the custodian, please send us an initialed copy of the memo for safe keeping in your file. Please also note that copies of any Codicils or new Wills should also be provided to the IRA custodian.

In reviewing your file, we note that you have also named the marital trust as the beneficiary under the firm's cash or deferred profit sharing plan and profit sharing plan for Class O employees. Again, the IRS regulations require that a copy of your Will be provided to the plan administrator. Accordingly, we have also attached a memo to Paul Kruse with a copy of your Will. Again, please send us an initialed copy of the memo for safe keeping in your file.

Finally, when you transfer your assets to the IRA, you will be asked to make certain irrevocable elections regarding the calculation of your and Ann's life expectancies. If you have questions about this, give us a call.

Please let either of us know if you have any questions.

2

**STEPTOE & JOHNSON** LLP
**BENEFICIARY DESIGNATION FORM**

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick                   SOCIAL SECURITY NUMBER _____

## PLANS

This beneficiary designation form applies to the following plans:

| | |
|---|---|
| ____ All plans in which I participate | ____ * Profit Sharing Plan for Class E or Class O Employees |
| _X_ Life Insurance Plan | ____ * Cash or Deferred Profit Sharing Plan |
| ____ Partners' Death Benefit Plan | ____ 401(k) Plan |
| ____ Accidental Death & Dismemberment | ____ +S & J Retirement Plan (Frozen) |
| ____ Voluntary Accidental Death & Dismemberment | ____ Partners' Defined Benefit Plan |
| ____ Voluntary Term Life Insurance | |

+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

## BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name   SEE ATTACHED                          Primary _____      _____%
Relationship _____            Contingent _____

Name _____                    Primary _____      _____%
Relationship _____            Contingent _____

Name _____                    Primary _____      _____%
Relationship _____            Contingent _____

*Requires Ann's notarized Signature*

MUST BE                                      ARE MARRIED AND HAVE NOT
DESIGNATED                                   OUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the be this form. I understand that the effect of this waiver (if this election applies to the S & J Retiremen ned Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will **not** be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____                      _____
Spouse Signature                             Date

_____                      _____
Notary or Plan Representative                Date

## SIGNATURES

_____                      _____
Participant Signature                        Date

_____                      _____
Witness Signature                            Date

3

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Life Insurance Plan

1. If my wife, ANN DAY WALLICK, survives me, fifty percent (50%) to my wife and 50% to my issue who survive me, per stirpes.

2. If my wife does not survive me, one hundred percent (100%) to my issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____        _____
                                     Robert D. Wallick

4

# STEPTOE & JOHNSON LLP
## BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick                    SOCIAL SECURITY NUMBER _____

## PLANS

This beneficiary designation form applies to the following plans:

- ____ All plans in which I participate
- ____ Life Insurance Plan
- __X__ Partners' Death Benefit Plan
- ____ Accidental Death & Dismemberment
- ____ Voluntary Accidental Death & Dismemberment
- ____ Voluntary Term Life Insurance

- ____ * Profit Sharing Plan for Class E or Class O Employees
- ____ * Cash or Deferred Profit Sharing Plan
- ____ 401(k) Plan
- ____ +S & J Retirement Plan (Frozen)
- __X__ Partners' Defined Benefit Plan

+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

## BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name  Ann Day Wallick
Relationship  wife                                  Primary  SEE ATTACHED  ____%
                                                    Contingent _____

Name  _____
Relationship  _____                                Primary  _____  ____%
                                                    Contingent _____

Name  _____
Relationship  _____                                Primary  _____  ____%
                                                    Contingent _____

## SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will not be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____          _____
Spouse Signature                        Date

_____          _____
Notary or Plan Representative           Date

## SIGNATURES

_____          _____
Participant Signature                   Date

_____          _____
Witness Signature                       Date

5

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Defined Benefit Plan and Death Benefit

Primary Beneficiary: My wife, ANN DAY WALLICK

Contingent Beneficiaries: My issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____     _____
                                  Robert D. Wallick

## BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick            SOCIAL SECURITY NUMBER _____

### PLANS

This beneficiary designation form applies to the following plans:

| | | | |
|---|---|---|---|
| ____ | All plans in which I participate | __X__ | * Profit Sharing Plan for Class E or Class O Employees |
| ____ | Life Insurance Plan | __X__ | * Cash or Deferred Profit Sharing Plan |
| ____ | Partners' Death Benefit Plan | ____ | 401(k) Plan |
| ____ | Accidental Death & Dismemberment | ____ | +S & J Retirement Plan (Frozen) |
| ____ | Voluntary Accidental Death & Dismemberment | ____ | Partners' Defined Benefit Plan |
| ____ | Voluntary Term Life Insurance | | |

* Associates are not eligible.
+ Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name  See attached_____        Primary    _____    _____%
Relationship _____        Contingent _____

Name _____         Primary    _____    _____%
Relationship _____        Contingent _____

Name _____         Primary    _____    _____%
Relationship _____        Contingent _____

### SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will not be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____        _____
Spouse Signature                        Date

_____        _____
Notary or Plan Representative           Date

### SIGNATURES

_____        _____
Participant Signature                   Date

_____        _____
Witness Signature                       Date

## STEPTOE & JOHNSON LLP
## ATTACHMENT TO BENEFICIARY DESIGNATION FORM

### Beneficiary for Cash or Deferred Profit Sharing Plan and Profit Sharing Plan for Class Q Employees

<u>Primary Beneficiary</u>: If my wife, ANN DAY WALLICK, survives me, the Trustees of the marital trust created for the benefit of my wife under my Will dated August 30, 1999

<u>Contingent Beneficiaries</u>: My issue who survive me, <u>per stirpes</u>.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____        _____
                                     Robert D. Wallick

8

# STEPTOE & JOHNSON LLP
## BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME <u>Robert D. Wallick</u>              SOCIAL SECURITY NUMBER _____

### PLANS

This beneficiary designation form applies to the following plans:

| | |
|---|---|
| ____ All plans in which I participate | ____ * Profit Sharing Plan for Class E or Class O Employees |
| ____ Life Insurance Plan | ____ * Cash or Deferred Profit Sharing Plan |
| ____ Partners' Death Benefit Plan | ____ 401(k) Plan |
| _X_ Accidental Death & Dismemberment | ____ +S & J Retirement Plan (Frozen) |
| _X_ Voluntary Accidental Death & Dismemberment | ____ Partners' Defined Benefit Plan |
| ____ Voluntary Term Life Insurance | |

\+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name __My estate__                        Primary _____    _____ %
Relationship _____               Contingent _____

Name _____                       Primary _____    _____ %
Relationship _____               Contingent _____

Name _____                       Primary _____    _____ %
Relationship _____               Contingent _____

### SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will <u>not</u> be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____             _____
Spouse Signature                           Date

_____             _____
Notary or Plan Representative              Date

### SIGNATURES

_____             _____
Participant Signature                      Date

_____             _____
Witness Signature                          Date

MEMORANDUM

December 14, 2000

TO:     Paul Kruse

FROM:   Bob Wallick  *Robert D Wallick*

RE:     Beneficiary Designation for Cash or Deferred Profit Sharing Plan and Profit Sharing Plan for Class O Employees

---

I have named a marital trust under my Will as the beneficiary of the two plans referenced above. Under the IRS regulations, in order for the trust to be a "designated beneficiary," I am required to supply a copy of the trust document to the plan administrator. I am therefore providing you with a copy of my current Will. I would appreciate it if you would keep this document in a confidential place.

Thank you.

## ROBERT D. WALLICK
### ATTACHMENT TO BENEFICIARY DESIGNATION

      I hereby certify that the attached copy of my Last Will and Testament dated August 30, 1999, is a true and complete copy of my current Will. I hereby agree that, if my Will is amended or revoked at any time in the future, I will, within a reasonable time, provide a copy of each Codicil to my Will and/or of any new Will. A copy of my Will, with all Codicils, will be provided to the plan administrator or custodian upon demand.

Date: 12/14/00                    _Robert D. Wallick_
                                            Robert D. Wallick