# Exhibit 12

# 8/05 Letter From J. Nelson

August 30, 2005

Peter Wellington
Steptoe & Johnson
1330 Conn. Ave., N.W.
Washington, D.C. 20036

cc: Susan Blumenthal

Re: Robert D. Wallick Estate

Dear Peter:

We are asking for two things with this correspondence:

1. As Arnold Spevack suggests in his June 14, 2005 letter to Susan Blumenthal, we would like you to seek a 'judicial determination' (ref. page 11 of his letter) as to the status of title to the D.C. cooperative share. Specifically and furthermore, we request that you, as personal representative of Dad's estate, file a claim for 60% of the cooperative share therein.

2. We understand that the primary beneficiary listed in Dad's 1992 beneficiary designation form named a trust in a Will that no longer exists. However, we would like a written explanation as to why the 'contingent beneficiary' ("my issue who shall survive me, per stirpes") listed on this ERISA waiver form, which was signed by both Dad and Ann in February 1992, is not being recognized by Steptoe & Johnson as therefore the valid beneficiary since Ann waives her rights therein.

We kindly request a written or email response with an explanation to the two questions above within ten calendar days, on or before September 9, 2005 since Susan Blumenthal has indicated time is of the essence.

Sincerely,


Jennifer Wallick Nelson

on behalf of John Wallick, Robert Wallick Jr.