IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-01368 (RBW)<br>) |
| STEPTOE & JOHNSON, LLP PROFIT SHARING<br>PLAN FOR CLASS O EMPLOYEES, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

<u>DEFENDANTS' MOTION FOR JOINDER OF ADDITIONAL PARTIES</u>

Pursuant to Rule 19 of the Federal Rules of Civil Procedure, Defendants Steptoe & Johnson LLP ("Steptoe"), Steptoe & Johnson LLP Profit Sharing Plan for Class O Employees ("Class O Plan"), Steptoe & Johnson LLP Cash or Deferred Profit Sharing Plan ("Cash or Deferred Plan"), Paul Kruse ("Kruse"), and Steptoe & Johnson LLP Group Life Insurance Plan ("Life Insurance Plan") (collectively "the Steptoe Defendants"), by and through their undersigned attorneys, move this Court to join the following necessary parties to this litigation: Robert D. Wallick, Jr., Jennifer Wallick Nelson, Jonathan R. Wallick (collectively the "Wallick Children"); Peter Wellington ("Wellington"); and Unum Life Insurance Company of America ("Unum"). The Steptoe Defendants seek to join the above-listed parties because they are necessary and indispensable to full resolution of the claims brought in the complaint and in the Steptoe Defendants Counterclaim in Interpleader.

Specifically, this case involves the distribution of benefits from the various pension and life insurance plans which were held by Decedent Robert D. Wallick ("Mr. Wallick") a former partner of the law firm of Steptoe & Johnson LLP. Mr. Wallick's death benefits are claimed by a

variety of parties, including his deceased wife's estate, the children of his deceased wife from a prior marriage, his own children, and the trustees of his own estate. However, only the children of Mr. Wallick's now-deceased wife from a prior marriage are currently parties to this lawsuit. Thus, there are multiple adverse claimants to a single fund, making this case fully suitable for interpleader and for the necessity of interpleading all potential claimants and stakeholders to avoid multiple lawsuits and, potentially, conflicting judgments.

WHEREFORE, the Steptoe Defendants respectfully move this Court to grant this Motion and its corresponding Counterclaim in Interpleader to facilitate joinder of the aforementioned non-parties. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

> Respectfully submitted,
>
> STEPTOE & JOHNSON, LLP, STEPTOE & JOHNSON, LLP PROFIT SHARING PLAN FOR CLASS O EMPLOYEES, STEPTOE & JOHNSON, LLP CASH OR DEFERRED PROFIT SHARING PLAN, PAUL KRUSE, STEPTOE & JOHNSON, LLP GROUP LIFE INSURANCE PLAN
>
> By: _____/s/Karla Grossenbacher_____
>   Karla Grossenbacher, DC Bar No. 442544
>   Jessica R. Hughes, DC Bar No. 468853
>   SEYFARTH SHAW LLP
>   815 Connecticut Avenue, N.W., Suite 500
>   Washington, D.C. 20006-4004
>   (202) 463-2400
>
> Attorneys for the Steptoe Defendants

Dated:  September 22, 2006