# Exhibit 5

# 04/1991 Designation Forms

STEPTOE & JOHNSON
BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME _Robert D Wallick_   SOCIAL SECURITY NUMBER _____

### PLANS

This beneficiary designation form applies to the following plans:

- [✓] All plans in which I participate
- [ ] Life Insurance Plan
- [ ] Accidental Death & Dismemberment
- [ ] +Defined Benefit Retirement Plan
- [ ] *Cash or Deferred Profit Sharing Plan
- [ ] Associates 401(k) Retirement Plan
- [ ] Partners' Death Benefit Plan

+Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name _Ann Day Wallick_    Primary [✓]    Contingent ___    100 %
Relationship _WIFE_

Name _Robert P. Wallick, Jr._    Primary ___    Contingent [✓]    100 % equally
Relationship _Jennifer W. Nelson_
Name _Jonathan R. Wallick_    Primary ___    Contingent ___    ___ %
Relationship _my three children_

### SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the Defined Benefit Retirement Plan, the Cash or Deferred Profit Sharing Plan, or the Associates 401(k) Plan) is that I will **not** be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____    _____
Spouse Signature                    Date

_____    _____
Notary or Plan Representative       Date

### SIGNATURES

_Robert D. Wallick_      _4/19/91_
Participant Signature    Date

_Theresa Oher_           _4/19/91_
Witness Signature        Date

ACKNOWLEDGMENT