# Exhibit 6

# 02/1992 Designation Forms

STEPTOE & JOHNSON
BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME __Robert D. Wallick__   SOCIAL SECURITY NUMBER __

**PLANS**

This beneficiary designation form applies to the following plans:

| | | | |
|---|---|---|---|
| ____ | All plans in which I participate | ____ | +Defined Benefit Retirement Plan |
| _X_ | Life Insurance Plan | _X_ | *Cash or Deferred Profit Sharing Plan |
| _X_ | Accidental Death & Dismemberment | ____ | Associates 401(k) Retirement Plan |
| | | ____ | Partners' Death Benefit Plan |

+Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

**BENEFICIARY(IES)**

I designate as my beneficiary(ies):

Name __see attached__          Primary ____        ____%
Relationship _____       Contingent ____

Name _____              Primary ____        ____%
Relationship _____       Contingent ____

Name _____              Primary ____        ____%
Relationship _____       Contingent ____

**SPOUSE CONSENT**

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the Defined Benefit Retirement Plan, the Cash or Deferred Profit Sharing Plan, or the Associates 401(k) Plan) is that I will **not** be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_Ann Day Wallick_                    _February 11, 1992_
Spouse Signature                      Date

_Catherine T. Carroll_                _February 11, 1992_
Notary or Plan Representative         Date
Catherine T. Carroll
Notary Public, District of Columbia
My Commission Expires May 14, 1996

**SIGNATURES**

_Robert D. Wallick_                   _February 6, 1992_
Participant Signature                  Date

_Judith Isenberg_                     _2/6/92_
Witness Signature                      Date

ACKNOWLEDGMENT

## Beneficiary Designation

### for

### Robert D. Wallick

For Life Insurance Plan, Accidental Death & Dismemberment Plan, and Cash or Deferred Profit Sharing Plan

Primary:    If my wife, Ann Day Wallick shall survive me, to the Trustees of the trust created under Article Fifth of my Will, dated December 20, 1991, for the benefit of my wife.

Contingent:    To my issue who shall survive me, per stirpes.

*Robert D. Wallick*
2/6/92