# Exhibit 7

# Unexecuted Beneficiary Designation Forms

From          BY HAND

    Peter L. Wellington

4/26/5

→ Ellen Kohn —

This was in Bob's
file at his apartment.

Peter

F
1

MEMORANDUM

December 14, 2000

TO:       Bob Wallick

FROM:     Carol Rhees
          Mary Ann Mancini

RE:       Beneficiary Designation for New IRA

---

Attached is suggested language for the beneficiary designation for your new IRA. It is very important that when you sign the beneficiary designation, you provide a copy of your Will to the IRA custodian. A memo and xeroxed copy of your Will are attached for this purpose. When you provide the Will to the custodian, please send us an initialed copy of the memo for safe keeping in your file. Please also note that copies of any Codicils or new Wills should also be provided to the IRA custodian.

In reviewing your file, we note that you have also named the marital trust as the beneficiary under the firm's cash or deferred profit sharing plan and profit sharing plan for Class O employees. Again, the IRS regulations require that a copy of your Will be provided to the plan administrator. Accordingly, we have also attached a memo to Paul Kruse with a copy of your Will. Again, please send us an initialed copy of the memo for safe keeping in your file.

Finally, when you transfer your assets to the IRA, you will be asked to make certain irrevocable elections regarding the calculation of your and Ann's life expectancies. If you have questions about this, give us a call.

Please let either of us know if you have any questions.

2

STEPTOE & JOHNSON LLP
BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick                    SOCIAL SECURITY NUMBER _____

## PLANS

This beneficiary designation form applies to the following plans:

| | |
|---|---|
| ___ All plans in which I participate | ___ * Profit Sharing Plan for Class E or Class O Employees |
| _X_ Life Insurance Plan | ___ * Cash or Deferred Profit Sharing Plan |
| ___ Partners' Death Benefit Plan | ___ 401(k) Plan |
| ___ Accidental Death & Dismemberment | ___ +S & J Retirement Plan (Frozen) |
| ___ Voluntary Accidental Death & Dismemberment | ___ Partners' Defined Benefit Plan |
| ___ Voluntary Term Life Insurance | |

+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

## BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name    SEE ATTACHED                        Primary    _____    _____%
Relationship _____             Contingent _____

Name _____                     Primary    _____    _____%
Relationship _____             Contingent _____

Name _____                     Primary    _____    _____%
Relationship _____             Contingent _____

*Requires Ann's notarized Signature*

MUST BE DESIGNATED        [C]ONSENT

[IF YOU] ARE MARRIED AND HAVE NOT [DESIGNATED Y]OUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the be[neficiary designation shown on] this form. I understand that the effect of this waiver (if this election applies to the S & J Retiremen[t Plan, the Partners' Defi]ned Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will **not** be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____          _____
Spouse Signature                          Date

_____          _____
Notary or Plan Representative             Date

## SIGNATURES

_____          _____
Participant Signature                     Date

_____          _____
Witness Signature                         Date

3

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Life Insurance Plan

1. If my wife, ANN DAY WALLICK, survives me, fifty percent (50%) to my wife and 50% to my issue who survive me, per stirpes.

2. If my wife does not survive me, one hundred percent (100%) to my issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____          _____
                                      Robert D. Wallick

4

# STEPTOE & JOHNSON LLP
## BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick                SOCIAL SECURITY NUMBER _____

### PLANS

This beneficiary designation form applies to the following plans:

- ____ All plans in which I participate
- ____ Life Insurance Plan
- __X__ Partners' Death Benefit Plan
- ____ Accidental Death & Dismemberment
- ____ Voluntary Accidental Death & Dismemberment
- ____ Voluntary Term Life Insurance

- ____ * Profit Sharing Plan for Class E or Class O Employees
- ____ * Cash or Deferred Profit Sharing Plan
- ____ 401(k) Plan
- ____ +S & J Retirement Plan (Frozen)
- __X__ Partners' Defined Benefit Plan

+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name  Ann Day Wallick
Relationship  wife                                    Primary     SEE ATTACHED        ____%
                                                      Contingent  _____

Name  _____
Relationship  _____                    Primary     _____        ____%
                                                      Contingent  _____

Name  _____
Relationship  _____                    Primary     _____        ____%
                                                      Contingent  _____

### SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will not be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

Spouse Signature _____                 Date _____

Notary or Plan Representative _____    Date _____

### SIGNATURES

Participant Signature _____            Date _____

Witness Signature _____                Date _____

5

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Defined Benefit Plan and Death Benefit

Primary Beneficiary: My wife, ANN DAY WALLICK

Contingent Beneficiaries: My issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____          _____
                                        Robert D. Wallick

**BENEFICIARY DESIGNATION FORM**

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick _____    SOCIAL SECURITY NUMBER _____

**PLANS**

This beneficiary designation form applies to the following plans:

| | | | |
|---|---|---|---|
| ____ | All plans in which I participate | _X_ | * Profit Sharing Plan for Class E or Class O Employees |
| ____ | Life Insurance Plan | _X_ | * Cash or Deferred Profit Sharing Plan |
| ____ | Partners' Death Benefit Plan | ____ | 401(k) Plan |
| ____ | Accidental Death & Dismemberment | ____ | +S & J Retirement Plan (Frozen) |
| ____ | Voluntary Accidental Death & Dismemberment | ____ | Partners' Defined Benefit Plan |
| ____ | Voluntary Term Life Insurance | | |

· Associates are not eligible.
Associates who graduated from law school after 1982 are not eligible.

**BENEFICIARY(IES)**

I designate as my beneficiary(ies):

Name  See attached _____    Primary _____    _____%
Relationship _____           Contingent _____

Name _____                   Primary _____    _____%
Relationship _____           Contingent _____

Name _____                   Primary _____    _____%
Relationship _____           Contingent _____

**SPOUSE CONSENT**

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will not be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____          _____
Spouse Signature                  Date

_____          _____
Notary or Plan Representative     Date

**SIGNATURES**

_____          _____
Participant Signature             Date

_____          _____
Witness Signature                 Date

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Cash or Deferred Profit Sharing Plan and Profit Sharing Plan for Class Q Employees

Primary Beneficiary: If my wife, ANN DAY WALLICK, survives me, the Trustees of the marital trust created for the benefit of my wife under my Will dated August 30, 1999

Contingent Beneficiaries: My issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____          _____
                                       Robert D. Wallick

8

STEPTOE & JOHNSON LLP
BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME <u>Robert D. Wallick</u>   SOCIAL SECURITY NUMBER _____

## PLANS

This beneficiary designation form applies to the following plans:

- ____ All plans in which I participate
- ____ Life Insurance Plan
- ____ Partners' Death Benefit Plan
- _X_ Accidental Death & Dismemberment
- _X_ Voluntary Accidental Death & Dismemberment
- ____ Voluntary Term Life Insurance

- ____ * Profit Sharing Plan for Class E or Class O Employees
- ____ * Cash or Deferred Profit Sharing Plan
- ____ 401(k) Plan
- ____ +S & J Retirement Plan (Frozen)
- ____ Partners' Defined Benefit Plan

+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

## BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name <u>My estate</u>           Primary _____    _____%
Relationship _____              Contingent _____

Name _____                     Primary _____    _____%
Relationship _____              Contingent _____

Name _____                     Primary _____    _____%
Relationship _____              Contingent _____

## SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will not be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____      _____
Spouse Signature                     Date

_____      _____
Notary or Plan Representative        Date

## SIGNATURES

_____      _____
Participant Signature                Date

_____      _____
Witness Signature                    Date

MEMORANDUM

December 14, 2000

TO:        Paul Kruse

FROM:   Bob Wallick  *Robert D Wallick*

RE:        Beneficiary Designation for Cash or Deferred Profit Sharing Plan and Profit Sharing Plan for Class O Employees

---

I have named a marital trust under my Will as the beneficiary of the two plans referenced above. Under the IRS regulations, in order for the trust to be a "designated beneficiary," I am required to supply a copy of the trust document to the plan administrator. I am therefore providing you with a copy of my current Will. I would appreciate it if you would keep this document in a confidential place.

Thank you.

# ROBERT D. WALLICK
## ATTACHMENT TO BENEFICIARY DESIGNATION

     I hereby certify that the attached copy of my Last Will and Testament dated August 30, 1999, is a true and complete copy of my current Will. I hereby agree that, if my Will is amended or revoked at any time in the future, I will, within a reasonable time, provide a copy of each Codicil to my Will and/or of any new Will. A copy of my Will, with all Codicils, will be provided to the plan administrator or custodian upon demand.

Date: 12/14/00     _____
                               Robert D. Wallick