# Exhibit 9

# 09/05 A. Day Wallick's Beneficiary Benefit Form

SEP-19-2005 10:17AM   FROM-VAUGHAN,FINCHER & SOTELO                                    F-650

DEFINED CONTRIBUTION RETIREMENT PLANS
**Beneficiary's Benefit Election Form**

### Section 1: BENEFICIARY INFORMATION

Beneficiary Name: ANN DAY WALLICK       SSN: 

Address: _____ Street _____ City _____ State _____ Zip

Telephone Numbers: Home _____   Work: N/A

Birth Date: 2/21/28

**PLEASE READ THE ATTACHED SPECIAL TAX NOTICE BEFORE COMPLETING THIS FORM**

SECTION 2: I hereby request a distribution from the following plans under which I have been designated a beneficiary by the Participant identified below.

Deceased Participant's Name: ROBERT D WALLICK

[✓] Cash or Deferred Profit Sharing Plan          [ ] 401(k) Retirement Plan

[✓] Profit Sharing Plan for Class O Employees     [ ] Profit Sharing Plan for Class E Employees

### SECTION 3: DISTRIBUTION ELECTION (Select One)

NOTE: BEFORE COMPLETING THIS SECTION, PLEASE READ ATTACHMENT A, "GENERAL DESCRIPTION OF ALTERNATE FORMS OF BENEFIT PAYMENT"

I request that benefits be paid to me as follows:

[ ] **Option 1 - A Single Cash Payment** of my benefit. I hereby request that my benefits commence as of _____ (Under the terms of the plans, you must receive your distribution by the December 31st of the calendar year containing the 5th anniversary of the Participant's death. If you wish to receive your benefits immediately, write in "now" and your benefit will be distributed to you as soon as administratively practicable).

[ ] **Option 2 - Annual Cash Installment Payments** over my life expectancy. (may not be later than December 31st of the year following the year of the Participant's death).

[✓] **Option 3 - Direct Rollover** to a qualified retirement plan or individual retirement account (IRA).

STEPTOE & JOHNSON LLP
DEFINED CONTRIBUTION RETIREMENT PLANS
**Beneficiary's Benefit Election Form (cont.)**

## SECTION 4: BENEFICIARY DESIGNATION
(COMPLETE THIS SECTION IF OPTION 2 IS ELECTED)

Name _____  SSN _____

Address _____ _____ ____ ____
         Street              City       State ZIP

_____
Relationship to Beneficiary

## SECTION 5: FEDERAL AND STATE TAX WITHHOLDING

Note: Before completing this Section, please read Attachment B, "Notice of Withholding."
For a Single Cash Payment or Annual Cash Installment Payments, the distribution amount you receive is subject to Federal and State income taxes. With respect to Federal income tax withholding, no taxes are required to be withheld if you affirmatively elect out of withholding. Some states mandate withholding on distributions. If so, states taxes will be withheld from your distribution regardless of your election below.

**Federal Income tax withholding**

☐ Withhold Federal taxes from my distribution. _____% (A withholding rate of 10% will automatically apply if you check this box and do not fill in the percentage and have elected the Single Cash Payment option).

☐ Do not withhold Federal taxes from my distribution.

**State Income tax withholding**

☐ Withhold State taxes from my distribution. _____%

☐ Do not withhold State taxes from my distribution.

## SECTION 6: CERTIFICATION

I submit the following herewith:

☑ Death Certificate

*[handwritten] * who is the sole, default beneficiary in the absence of a valid beneficiary designation.*

☐ Evidence of my date of birth (required if benefits are paid in the form of Installments).

I, __ANN DAY WALLICK_____, the beneficiary identified above, do hereby represent and certify that: (1) I am the person*~~designated by the Participant identified above to be a beneficiary~~ under the Plan identified in Section 2; (2) I am the Participant's __WIFE_____ (insert relationship); (3) all copies of official documents submitted with this form are true, correct, and complete copies of each; and (4) to the extent that I may have a choice as to the manner and timing of benefit payments, I have received such information as I may require in order to make an informed election Notice.

__Ann Day Wallick_____          __09/20/05__
Beneficiary's Signature                 Date

| INTERNAL USE ONLY | | |
|---|---|---|
| Trust Officer Approval: | Folder Name_____ | Signoff_____ |
| | Edit Report_____ | Authorization_____ |
| | Post Report_____ | Other:_____ |

# GOVERNMENT OF THE DISTRICT OF COLUMBIA – DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

2005 JA -6 AM 10:00

File Number 108- **040006353**

**1. DECEDENT'S NAME (First, Middle, Last):** Robert D. Wallick
**2. SEX:** Male
**3a. DATE OF DEATH (Month, Day, Year):** Dec. 26, 2004
**3b. HOUR OF DEATH:** 4:10 PM

**4. SOCIAL SECURITY NUMBER:**
**5a. AGE-Last Birthday (Years):** 78
**5b. UNDER 1 YEAR:**
**5c. UNDER 24 HOURS:**
**6. DATE OF BIRTH (Month, Day, Year):** Jan. 10, 1926
**7. BIRTHPLACE (City and State or Foreign Country):** Washington, D.C.

**8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or no):** Yes
**9a. PLACE OF DEATH:** ☒ Residence

**9b. FACILITY NAME:**
**9c. CITY, TOWN, OR LOCATION OF DEATH:** WASHINGTON, D.C.
**9d. CITIZEN OF WHAT COUNTRY:** U.S.A.

**10. MARITAL STATUS:** Married
**11. SURVIVING SPOUSE:** Ann Day
**12a. DECEDENT'S USUAL OCCUPATION:** Lawyer
**12b. KIND OF BUSINESS/INDUSTRY:** Legal

**13a. RESIDENCE – STATE:**
**13b. COUNTY:**
**13c. CITY, TOWN, OR LOCATION:**
**13d. STREET AND NUMBER:**
**13e. INSIDE CITY LIMITS? (Yes or no):** Yes
**13f. ZIP CODE:**

**14. WAS DECEDENT OF HISPANIC ORIGIN?:** No
**15. RACE:** White
**16. DECEDENT'S EDUCATION:** College (1-4 or 5+) 8+

**17. FATHER'S NAME:** Earle Wallick
**18. MOTHER'S NAME:** Lalla Daniel

**19a. INFORMANT'S NAME:** Ann Wallick
**19b. RELATIONSHIP TO DECEDENT:** Spouse
**19c. MAILING ADDRESS:**

**20a. METHOD OF DISPOSITION:** ☒ Cremation
**20b. DATE OF DISPOSITION:** Jan. 6, 2005
**20c. PLACE OF DISPOSITION:** Mt. Comfort Crematory
**20d. LOCATION – City or Town, State:** Alexandria, VA

**21a. SIGNATURE OF FUNERAL DIRECTOR:** [signature]
**21b. LICENSE NUMBER:** 929
**22. NAME AND ADDRESS OF FACILITY:** Joseph Gawler's Sons, INC, 5130 Wisconsin Ave., NW WDC 20016

**23a. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or No):** Yes – Lois Goslinoski, DO
**23b. DATE:** Dec. 26, 2004

**25. PART I.**
**IMMEDIATE CAUSE (Final disease or condition resulting in death):** a. Prostate Cancer — **Approximate Interval Between Onset and Death:** 6 years
b.
c.
d.

**PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
**26a. WAS AN AUTOPSY PERFORMED? (Yes or no):** No
**26b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or no):**

**27. MANNER OF DEATH:** ☒ Natural

**29.** I certify that (I)(this hospital) attended the deceased from January 2000 to December 2004 that (I)(we) last saw the deceased alive on December 26, 2004, and that death occurred from the causes and on the date and hour stated above.

**30a. SIGNATURE:** [signature] Robert H Blee, ATTENDING PHYS. ☒
**30b. DATE SIGNED:** January 4, 2005
**30c. PHYSICIAN'S NAME (Type):** Robert Blee, M.D.
**30d. ADDRESS:** 5530 Wisconsin Ave Chevy Chase, MD 20815

**31. WAS DECEDENT PREGNANT IN PAST 12 MOS.?**

**CREMATION APPROVED**

Authority For Cremation Granted By: [signature] M.D. 01/05/05 Medical Examiner

---

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE FILED IN THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA, DEPARTMENT OF HEALTH.

WARNING: IT IS UNLAWFUL TO MAKE A COPY OF THIS DOCUMENT AND PRESENT IT AS AN ORIGINAL CERTIFICATE OR COPY OF A VITAL RECORD.

**DATE ISSUED:** JANUARY 6, 2005

[signature] JULIA DAVIDSON-RANDALL, REGISTRAR

**For Delivering Organization's Use Only**

If this account is a qualified retirement account, I have amended the applicable plan so that it names _____ (not FCC) as successor custodian. Unless otherwise indicated in the instructions above, please transfer all assets in my account to _____. I understand that to the extent any assets in my account are not readily transferable with or without penalties, such assets may not be transferred within the time frames required by NYSE Rule 412 or similar rule of the NASD or other designated examining authority. I authorize you to liquidate any non-transferable proprietary money market fund assets that are part of my account and transfer the resulting credit balance. I authorize you to deduct any outstanding fees due you from the credit balance in my account. If my account does not contain a credit balance, or if the credit balance in the account is insufficient to satisfy any outstanding fees due you, I authorize you to liquidate the assets in my account to the extent necessary to satisfy that obligation. If certificates or other instruments in my account are in your physical possession, I instruct you to transfer them in good deliverable form, including affixing any necessary tax waivers, to enable the successor custodian to transfer them in its name for the purpose of sale, when and as directed by me. I understand that upon receiving a copy of this transfer instruction, you will cancel all open orders for my account on your books. I affirm that I have destroyed or returned to you credit/debit cards and/or unused checks issued to me in connection with my securities account. I understand that you will contact me with respect to the disposition of any assets in my securities account that are non-transferable.

| Receiving Firm Information: | |
|---|---|
| FIRST CLEARING, LLC<br>10700 WHEAT FIRST DRIVE<br>GLEN ALLEN, VA 23060 | Tax ID Number:<br>23-2384840 - FCC Retail and IRA |

**Delivery Instructions** (All deliveries MUST include the client name and FCC account number.)

| Wire Instructions | Wachovia Bank, N.A./Roanoke VA ABA 051400549<br>Beneficiary: First Clearing, LLC<br>Account # 5050000000631<br>Further Credit (Client Name & Full Account Number) |
|---|---|
| All DTC Eligible Securities | DTC # 0141<br>Client Name and Client Account Number |
| Physical Deliveries | FIRST CLEARING, LLC<br>Attn: Security Control - WS1200<br>10700 Wheat First Drive<br>Glen Allen, VA 23060<br>Further Credit to Client Account Number |
| Book-Entry GNMA Securities - PTC<br>Or<br>Fed Book-Entry – Government Securities | BK of NYC/FCCORP.<br>ABA# 021000018<br>Further Credit to Client Account Number |
| Euroclear Eligible Bonds<br>(must notify Security Clearance 2 days prior to settlement) | EUROCLEAR #10708<br>Further Credit to Client Account Number |
| Foreign Equities:<br>(must notify Security Clearance in order for them to instruct) | JP Morgan Chase Bank A/C # CHASGBZLST<br>Account of First Clearing, LLC<br>Further Credit to Client Account Number |
| Forward Checks* to the Address Indicated<br>*Must Include Client Name and WS Account Number. | ☐ FIRST CLEARING, LLC<br>Attn: Cash Management - WS1030<br>10700 Wheat First Drive<br>Glen Allen, VA 23060<br>Further Credit to Client Account Number<br><br>☐ _____ |
| ACAT Mutual Fund Registration<br>Instructions - FCC IRA | FIRST CLEARING, LLC<br>FBO: Client Name and Client Account Number<br>P.O. Box 6600<br>Glen Allen, VA 23058-6600 |
| Mutual Fund Broker-Dealer | First Clearing, LLC |

Wachovia Securities is the trade name used by two separate, registered broker-dealers and non-bank affiliates of Wachovia Corporation providing certain retail securities brokerage services: Wachovia Securities, LLC, member NYSE/SIPC, and Wachovia Securities Financial Network, LLC, member NASD/SIPC. Accounts carried by First Clearing, LLC, member NYSE/SIPC.

0000 556431 (Rev 08) Page 2 of 2

September 20, 2005

Steptoe & Johnson LLP
Attorneys at Law
Attn: John P Waller, Jr
1330 Connecticut Ave, NW
Washington DC 20036

Re: Ann Day Wallick, Beneficiary of Robert D Wallick Retirement Plan Accts:
    Steptoe & Johnson LLP Cash or Deferred Profit Sharing Plan
    Steptoe & Johnson LLP Profit Sharing Plan for Class O Employees

Dear Mr Waller,

Please accept this letter as authorization to electronically deliver all the assets in the Retirement Plans referenced above to My Wachovia IRA Account as follows:

    Wachovia Securities LLC
    DTC # 0141
    FCC Custodian for Ann Day Wallick IRA
    Acct #

Please see attached Transfer instructions for further assistance. If you have any questions or concerns regarding this transfer, please contact my Financial Advisor, Robert S Wright at 1-877-246-1166.

Sincerely,

_Ann Day Wallick_ 09/20/05
Ann Day Wallick    Date