B-3. **Name, address and phone number of Plan Administrator:** Chief Operating Officer, Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036; (202) 429-3000.

B-4. **Employer identification number:** 52-1349790.

B-5. **Plan number:** 006.

B-6. **Type of Plan:** The Plan is a profit sharing plan that is intended to qualify under § 401(a) of the Internal Revenue Code (the "Code") and constitute a plan described in ERISA § 404(c).

B-7. **Name and address of Plan Trustee:** City National Investments, 225 Broadway, Suite 400, San Diego, California 92101.

B-8. **Agent for service of legal process:** Chief Operating Officer, Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036; (202) 429-3000.

**Note:** Service of legal process may also be made on the Plan Trustee.

B-9. **Type of Plan Administration:** Employer Administered.

B-10. **Plan Year:** The Plan Year starts on January 1 and ends on December 31. The Plan's records are kept on a calendar year basis.

## C.  Rules for Eligibility and Plan Participation

C-1. **Who is eligible to participate in the Plan?**

You are eligible to participate in the Plan if you are a Partner. However, notwithstanding the foregoing, you are not eligible to participate if you are a Senior Partner who became a Senior Partner prior to January 1, 2000 or an individual who is not classified as a common law employee in the employment records of the Employer.



PLAINTIFF'S EXHIBIT 4