4.3.    <u>Powers and Duties of Administrator</u>. Subject to the Plan, the Administrator shall from time to time establish rules, forms and procedures for the administration of the Plan, including applications for benefits. The Administrator shall have all powers necessary or appropriate to enable it properly to carry out its duties in connection with the operation of the Plan, including, without limitation, except as herein otherwise expressly provided, the exclusive right and full discretion to construe and interpret the Plan and to decide any and all questions of fact, actuarial valuation, interpretation, definition, or administration arising thereunder or in connection with the administration of the Plan; <u>provided, however</u>, that where appropriate, the Administrator shall consult with counsel before making determinations in accordance with this Section. Consistent with the Plan and applicable law, the Administrator shall decide all questions relating to the eligibility of employees to be Participants in the Plan and shall administer the provisions of the Plan with respect to the amount, manner, and time of payment of any benefits to which any Participant or Beneficiary may be entitled hereunder. The interpretation and construction by the Administrator of any provisions of the Plan and its exercise of any discretion granted under the Plan shall be final and binding.

If the Administrator is a Participant, he shall not make a determination nor take action on any question relating specifically to his rights under the Plan. On any such


PLAINTIFF'S EXHIBIT 5

question, the Executive Committee shall make any determination or take such action as is necessary or required. The Administrator shall execute any certificate, instrument or other written direction on behalf of the Plan and may make any payment on behalf of the Plan.

The Administrator may appoint such accountants, counsel, specialists, and other persons as he deems necessary or desirable in connection with the administration of the Plan. Such accountants and counsel may, but need not, be accountants and counsel for the Employer.

4.4. <u>Determination of Eligibility of Participants</u>. The Administrator shall determine the eligibility of Participants in accordance with the provisions of the Plan from information furnished to it by the Employer. In any disputed case, the decision of the Administrator shall be conclusive.

4.5. <u>Records and Reports</u>. The Employer, the Administrator, the Trustee, and others to whom the Firm or the Administrator has delegated fiduciary duties shall keep a record of all their proceedings and actions and shall maintain all such books of account, records, and other data as shall be necessary for the proper administration of the Plan and to meet the disclosure and reporting requirements of ERISA. The Administrator shall maintain records which shall contain all relevant data pertaining to individual Participants and their rights under the Plan and Trust. The Administrator shall have the duty to carry into effect all rights or benefits provided