## L. Amendment or Termination of Plan

### L-1. Can the Firm amend or terminate the Plan?

Although the Firm intends to continue the Plan indefinitely, it reserves the right to amend or terminate the Plan. No amendment to the Plan can reduce your Deferred Account, Employee Account, Employee Rollover Account and/or Employer Account. Upon termination or partial termination of the Plan, your rights under the Plan will remain vested and nonforfeitable.

### L-2. Are benefits under the Plan insured?

The benefits under the Plan are not insured by the Pension Benefit Guaranty Corporation under Title IV of the Employee Retirement Income Security Act of 1974, because the Plan is a defined contribution plan to which that law does not apply. Such insurance is not necessary because the Plan benefits are always fully funded.

## M. Claims Procedure

### M-1. How can I make a claim for benefits under the Plan?

Any claim for benefits under the Plan shall be filed with the Administrator. If a claim is wholly or partially denied, the Administrator will notify you or your authorized representative within a reasonable period of time, but no later than 90 days following receipt of the claim. If special circumstances require more time to evaluate your claim, the Administrator may take up to 90 additional days (180 total), provided you are notified of the delay, the reason more time is needed, and the date by which the Plan expects to make a decision prior to the end of the initial 90-day period.

If all or part of your claim for benefits is denied, you will receive written or electronic notification explaining (1) the specific reason or reasons for the denial, (2) specific references to pertinent Plan provisions on which the denial is based, (3) a description of any additional material or information necessary to perfect the claim and why such material or information is necessary, (4) appropriate information about the steps to be taken if you wish to submit the claim for review and (5) a statement of your right to bring a civil action



PLAINTIFF'S EXHIBIT 6

under § 502(a) of ERISA following a denial on review. If notice of the denial of a claim is not furnished within the 90/180 day period, the claim is considered denied and you must be permitted to proceed to the review stage.

You (or your duly authorized representative) have 60 days after receipt of a claim denial in which to appeal the denied claim in writing to the Administrator and to receive a full and fair review of the claim. You have the right to submit for review, written comments, documents, records and other information relating to the claim for benefits. You also have the right to request, and be provided, free of charge, reasonable access to, and copies of, all documents, records and other information (1) that the Administrator relied on in making the determination, (2) submitted, considered or generated in the course of making the benefit determination or (3) that demonstrates compliance with the administrative processes and safeguards required in making the determination. You have the right to a review that takes into account all comments, documents, records, and other information submitted by you, without regard to whether such information was submitted or considered in the initial claim decision.

Within a reasonable period of time, but not later than 60 days after receipt of your request for review, the Administrator will review and respond to your request in writing or electronically. If the decision will take longer than the 60-day maximum period, you will be notified of the delay, the reason why more time is needed and the date by which the Plan expects to make a decision prior to the end of the initial 60-day period. The extension may not exceed 60 days. The decision on review will be written in clear and understandable language and will include (1) specific reasons for the decision, (2) specific references to the pertinent Plan provisions on which the decision is based, (3) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information (a) that the Administrator relied on in making the determination, (b) submitted, considered or generated in the course of making the benefit determination or (c) that demonstrates compliance with the administrative processes and safeguards required in making the determination relevant to the claim and (4) a statement of your right to bring a civil action under § 502(a) of ERISA. If the decision on review is not made within the time limits specified above, the appeal will be considered denied.

## N. Statement of Your Plan Rights

### N-1. What are my rights under ERISA?

As a Participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan Participants shall be entitled to:

*Receive Information About Your Plan and Benefits*

Examine, without charge, at the Administrator's office, and at all other specified locations, all documents governing the operation of the Plan, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor, available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and an updated summary plan description. The Administrator may make a reasonable charge for the copies.

Receive, free of charge, a summary of the Plan's annual financial report. The Administrator is required by law to furnish each Participant with a copy of this summary annual report.

Obtain a statement telling you whether you have a right to receive a benefit at normal retirement age (age 62) and, if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have the right to a benefit, the statement will tell you how many more years you have to work to have a right to a benefit. This statement must be requested in writing and is not required to be given more than once every 12 months. The Administrator must provide the statement free of charge.

*Prudent Actions by Plan Fiduciaries*

In addition to creating rights for Plan Participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries" of the

Plan, have a duty to do so prudently and in the interest of you and other Plan Participants and beneficiaries. No one, including your Employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan benefit or exercising your rights under ERISA.

### *Enforce Your Rights*

If your claim for a pension benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of the Plan document or the latest annual report from the Administrator and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

### *Assistance With Your Questions*

If you have any questions about your Plan, you should contact the Administrator. If you have any questions about this statement or about your rights under ERISA or if you need assistance in obtaining documents from the Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor,

20

listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.