IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  1:06CV01368 |
| ) | Judge:  Reggie B. Walton |
| STEPTOE & JOHNSON, LLP PROFIT ) | |
| SHARING PLAN FOR CLASS O ) | |
| EMPLOYEES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of the Motion to Dismiss Counterclaim in Interpleader on behalf of the Plaintiffs, and the opposition thereto, it is hereby

ORDERED that such motion be and hereby is granted.

 

_____
Honorable Reggie B. Walton
United States District Judge

cc:    Karl W. Pilger, Esq.
       Boring & Pilger, P.C.
       307 Maple Avenue West, Suite D
       Vienna, VA   22180-4307
       *Counsel for Plaintiffs*

       Karla Grossenbacher, Esq.
       Seyfarth Shaw LLP
       815 Connecticut Ave., NW, Suite 500
       Washington, DC   20006-4004
       *Counsel for Defendants*