IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  1:06CV01368 |
| ) | Judge:  Reggie B. Walton |
| STEPTOE & JOHNSON, LLP PROFIT ) | |
| SHARING PLAN FOR CLASS O ) | |
| EMPLOYEES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ERRATA**

The Clerk of the Court will please note that the attached proposed order should have been attached to the Memorandum of Points and Authorities of the Plaintiffs in Opposition to the Motion to Join Additional Parties.

Respectfully submitted,

BORING & PILGER, P.C.


 /s/ Karl W. Pilger
Karl W. Pilger (Bar #941955)
307 Maple Avenue West, Suite D
Vienna, Virginia   22180-4307
Phone: (703) 281-2161
Fax:    (703) 281-9464
*Counsel for Christopher L. Dodge,*
*Personal Representative of the Estate of*
*Ann Day Wallick, and individually;*
*Counsel for Jonathan F. Dodge*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, a true and accurate copy of the foregoing *Errata* was served via electronic transmission upon:

Karla Grossenbacher, Esq.
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC  20006-4004


　　　　　　　　　　　　　　　/s/ Karl W. Pilger
　　　　　　　　　　　　　　Karl W. Pilger