IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Civil Action No.  1:06CV01368 |
| ) | Judge:  Reggie B. Walton |
| STEPTOE & JOHNSON, LLP PROFIT  ) | |
| SHARING PLAN FOR CLASS O  ) | |
| EMPLOYEES, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Joinder of Additional Parties and the opposition thereto filed on behalf of the plaintiffs, it is hereby

ORDERED that the Motion for Joinder of Additional Parties be and hereby is denied.

_____
Honorable Reggie B. Walton
United States District Judge

cc:   Karl W. Pilger, Esq.
      Boring & Pilger, P.C.
      307 Maple Avenue West, Suite D
      Vienna, VA   22180-4307
      *Counsel for Plaintiffs*

      Karla Grossenbacher, Esq.
      Seyfarth Shaw LLP
      815 Connecticut Ave., NW, Suite 500
      Washington, DC   20006-4004
      *Counsel for Defendants*