IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, )<br>)<br>Plaintiffs )<br>)<br>)<br>v. )<br>)<br>STEPTOE & JOHNSON, LLP PROFIT SHARING )<br>PLAN FOR CLASS O EMPLOYEES, *et al.*, )<br>)<br>Defendants )<br>)<br>)<br>ROBERT D. WALLICK JR. )<br>JENNIFER WALLICK NELSON )<br>JONATHAN R. WALLICK )<br>Applicants for Intervention ) | Civil Action No. 06-01368<br>Judge: Reggie B. Walton |

ORDER

UPON CONSIDERATION of the Motion of Robert D. Wallick, Jr., Jennifer Wallick Nelson, and Jonathan R. Wallick to Intervene in this matter as additional party plaintiffs, and the opposition thereto, it is hereby

ORDERED this _____ day of _____, that the Motion be and is hereby granted.

_____
Honorable Reggie B. Walton
United States District Court Judge

Copies to:

William E. Davis, Esq.
Ross, Marsh & Foster
2001 L Street, NW., Suite 400
Washington, D. C. 20036

Karl W. Pilger, Esq.
Boring & Pilger, P.C.
307 Maple Avenue West, Suite D
Vienna, Virginia 22180-4307

Karla Grossenbacher, Esq.
Seyfarth Shaw, LLP
815 Connecticut Avenue, NW., Suite.500
Washington, D. C. 20006-4004

David E. Constine, III, Esq.
Troutman Sanders LLP
P. O. Box 1122
Richmond, VA 23218-1122

Susan G. Blumenthal, Esq.
Williams Mullen
1666 K Street, N.W., Suite 1200
Washington, D. C. 20036