# EXHIBIT 1

1991 Steptoe and Johnson Beneficiary Designation Form

## BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME __Robert D. Wallick__                SOCIAL SECURITY NUMBER __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__

### PLANS

This beneficiary designation form applies to the following plans:

| | |
|---|---|
| ___ All plans in which I participate | ___ +Defined Benefit Retirement Plan |
| _X_ Life Insurance Plan | _X_ *Cash or Deferred Profit Sharing Plan |
| _X_ Accidental Death & Dismemberment | ___ Associates 401(k) Retirement Plan |
| | ___ Partners' Death Benefit Plan |

+Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name __see attached__                     Primary ___   ___%
Relationship _____                Contingent ___

Name _____                       Primary ___   ___%
Relationship _____                Contingent ___

Name _____                       Primary ___   ___%
Relationship _____                Contingent ___

### SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the Defined Benefit Retirement Plan, the Cash or Deferred Profit Sharing Plan, or the Associates 401(k) Plan) is that I will __not__ be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_[signed] Ann Day Wallick_                _February 11, 1992_
Spouse Signature                          Date

_[signed] Catherine T. Carroll_           _February 11, 1992_
Notary or Plan Representative             Date
Catherine T. Carroll
Notary Public, District of Columbia
My Commission Expires May 14, 1996

### SIGNATURES

_[signed] Robert D. Wallick_              _February 6, 1992_
Participant Signature                     Date

_[signed] Judith Isenberg_                _2/6/92_
Witness Signature                         Date

ACKNOWLEDGMENT

## Beneficiary Designation

### for

### Robert D. Wallick

For Life Insurance Plan, Accidental Death & Dismemberment Plan, and Cash or Deferred Profit Sharing Plan

Primary:   If my wife, Ann Day Wallick shall survive me, to the Trustees of the trust created under Article Fifth of my Will, dated December 20, 1991, for the benefit of my wife.

Contingent:   To my issue who shall survive me, *per stirpes*.

*Robert D. Wallick*
2/6/92