# EXHIBIT 4

2000 Memorandum Prepared by Estate Planning Attorneys

MEMORANDUM

TO: Bob Wallick

FROM: Carol Rhees
Mary Ann Mancini

RE: Beneficiary Designation for New IRA

December 14, 2000

---

Attached is suggested language for the beneficiary designation for your new IRA. It is very important that when you sign the beneficiary designation, you provide a copy of your Will to the IRA custodian. A memo and xeroxed copy of your Will are attached for this purpose. When you provide the Will to the custodian, please send us an initialed copy of the memo for safe keeping in your file. Please also note that copies of any Codicils or new Wills should also be provided to the IRA custodian.

In reviewing your file, we note that you have also named the marital trust as the beneficiary under the firm's cash or deferred profit sharing plan and profit sharing plan for Class O employees. Again, the IRS regulations require that a copy of your Will be provided to the plan administrator. Accordingly, we have also attached a memo to Paul Kruse with a copy of your Will. Again, please send us an initialed copy of the memo for safe keeping in your file.

Finally, when you transfer your assets to the IRA, you will be asked to make certain irrevocable elections regarding the calculation of your and Ann's life expectancies. If you have questions about this, give us a call.

Please let either of us know if you have any questions.

2

**STEPTOE & JOHNSON LLP**
**BENEFICIARY DESIGNATION FORM**

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME Robert D. Wallick        SOCIAL SECURITY NUMBER 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

### PLANS

This beneficiary designation form applies to the following plans:

- ____ All plans in which I participate
- _X_ Life Insurance Plan
- ____ Partners' Death Benefit Plan
- ____ Accidental Death & Dismemberment
- ____ Voluntary Accidental Death & Dismemberment
- ____ Voluntary Term Life Insurance
- ____ * Profit Sharing Plan for Class E or Class O Employees
- ____ * Cash or Deferred Profit Sharing Plan
- ____ 401(k) Plan
- ____ +S & J Retirement Plan (Frozen)
- ____ Partners' Defined Benefit Plan

+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name   SEE ATTACHED
Relationship _____      Primary _____  Contingent _____  _____%

Name _____
Relationship _____      Primary _____  Contingent _____  _____%

Name _____
Relationship _____      Primary _____  Contingent _____  _____%

*[handwritten: Requires Ann's notarized Signature]*

MUST BE DESIGNATED

### CONSENT

...ARE MARRIED AND HAVE NOT ...OUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____ ... hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the be... this form. I understand that the effect of this waiver (if this election applies to the S & J Retiremen... ned Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will not be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____        _____
Spouse Signature              Date

_____        _____
Notary or Plan Representative Date

### SIGNATURES

_____        _____
Participant Signature         Date

_____        _____
Witness Signature             Date

3

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Life Insurance Plan

1. If my wife, ANN DAY WALLICK, survives me, fifty percent (50%) to my wife and 50% to my issue who survive me, per stirpes.

2. If my wife does not survive me, one hundred percent (100%) to my issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____          _____
                                       Robert D. Wallick

4

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Defined Benefit Plan and Death Benefit

Primary Beneficiary: My wife, ANN DAY WALLICK

Contingent Beneficiaries: My issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____    _____
                                  Robert D. Wallick

## BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

E Robert D. Wallick                    SOCIAL SECURITY NUMBER  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

### PLANS

This beneficiary designation form applies to the following plans:

|  |  |
|---|---|
| ____ All plans in which I participate | _X_ * Profit Sharing Plan for Class E or Class O Employees |
| ____ Life Insurance Plan | _X_ * Cash or Deferred Profit Sharing Plan |
| ____ Partners' Death Benefit Plan | ____ 401(k) Plan |
| ____ Accidental Death & Dismemberment | ____ +S & J Retirement Plan (Frozen) |
| ____ Voluntary Accidental Death & Dismemberment | ____ Partners' Defined Benefit Plan |
| ____ Voluntary Term Life Insurance | |

· Associates are not eligible.
Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name __See attached__          Primary _____  _____%
Relationship _____           Contingent _____

Name _____                   Primary _____  _____%
Relationship _____           Contingent _____

Name _____                   Primary _____  _____%
lationship _____             Contingent _____

### SPOUSE CONSENT

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT
DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will not be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

_____          _____
Spouse Signature                 Date

_____          _____
Notary or Plan Representative    Date

### SIGNATURES

_____          _____
Participant Signature            Date

_____          _____
Witness Signature                Date

# STEPTOE & JOHNSON LLP
## BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick                              SOCIAL SECURITY NUMBER  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

### PLANS

This beneficiary designation form applies to the following plans:

| | |
|---|---|
| ___ All plans in which I participate | |
| ___ Life Insurance Plan | ___ * Profit Sharing Plan for Class E or Class O Employees |
| _X_ Partners' Death Benefit Plan | ___ * Cash or Deferred Profit Sharing Plan |
| ___ Accidental Death & Dismemberment | ___ 401(k) Plan |
| ___ Voluntary Accidental Death & Dismemberment | ___ +S & J Retirement Plan (Frozen) |
| ___ Voluntary Term Life Insurance | _X_ Partners' Defined Benefit Plan |

+ Associates are not eligible.
* Associates who graduated from law school after 1982 are not eligible.

### BENEFICIARY(IES)

I designate as my beneficiary(ies):

Name  Ann Day Wallick
Relationship  wife

Primary  SEE ATTACHED      ___%
Contingent  ___

Name ___
Relationship ___

Primary ___      ___%
Contingent ___

Name ___
Relationship ___

Primary ___      ___%
Contingent ___

### SPOUSE CONSENT

**MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY**

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will **not** be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

Spouse Signature _____    Date _____

Notary or Plan Representative _____    Date _____

### SIGNATURES

Participant Signature _____    Date _____

Witness Signature _____    Date _____

5

STEPTOE & JOHNSON LLP
ATTACHMENT TO BENEFICIARY DESIGNATION FORM

Beneficiary for Cash or Deferred Profit Sharing Plan and Profit Sharing Plan for Class Q Employees

Primary Beneficiary: If my wife, ANN DAY WALLICK, survives me, the Trustees of the marital trust created for the benefit of my wife under my Will dated August 30, 1999

Contingent Beneficiaries: My issue who survive me, per stirpes.

Any share passing to a minor grandchild of mine shall be paid to a custodian for such grandchild under a Uniform Transfers to Minors Act. The custodian shall be appointed by the personal representative or other legal representative of my estate, and the custodianship shall continue for the longest permissible period under the Uniform Act.

Date: _____

_____
Robert D. Wallick

8

STEPTOE & JOHNSON LLP
BENEFICIARY DESIGNATION FORM

READ THE DIRECTIONS ON THE BACK BEFORE COMPLETING THIS FORM

NAME  Robert D. Wallick                                    SOCIAL SECURITY NUMBER   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

**PLANS**

This beneficiary designation form applies to the following plans:

- \_\_\_\_ All plans in which I participate
- \_\_\_\_ Life Insurance Plan
- \_\_\_\_ Partners' Death Benefit Plan
- __X__ Accidental Death & Dismemberment
- __X__ Voluntary Accidental Death & Dismemberment
- \_\_\_\_ Voluntary Term Life Insurance

- \_\_\_\_ * Profit Sharing Plan for Class E or Class O Employees
- \_\_\_\_ * Cash or Deferred Profit Sharing Plan
- \_\_\_\_ 401(k) Plan
- \_\_\_\_ +S & J Retirement Plan (Frozen)
- \_\_\_\_ Partners' Defined Benefit Plan

\+ Associates are not eligible.
\* Associates who graduated from law school after 1982 are not eligible.

**BENEFICIARY(IES)**

I designate as my beneficiary(ies):

Name  My estate
Relationship _____                    Primary _____   Contingent _____   \_\_\_\_\_ %

Name _____
Relationship _____                    Primary _____   Contingent _____   \_\_\_\_\_ %

Name _____
Relationship _____                    Primary _____   Contingent _____   \_\_\_\_\_ %

**SPOUSE CONSENT**

MUST BE COMPLETED IF YOU ARE MARRIED AND HAVE NOT DESIGNATED YOUR SPOUSE AS YOUR SOLE PRIMARY BENEFICIARY

I, the spouse of _____, hereby waive my rights as primary beneficiary under the indicated plan(s) and consent to the beneficiary designation on this form. I understand that the effect of this waiver (if this election applies to the S & J Retirement Plan, the Partners' Defined Benefit Plan, the Cash or Deferred Profit Sharing Plan, the 401(k) Plan or the Profit Sharing Plan for Class E or Class O Employees) is that I will **not** be entitled to receive the death benefits automatically payable to the participant's spouse under the qualified retirement plan.

Spouse Signature _____            Date _____

Notary or Plan Representative _____        Date _____

**SIGNATURES**

Participant Signature _____           Date _____

Witness Signature _____             Date _____

9