# EXHIBIT 5

2000 Memorandum from Robert D. Wallick to Paul Kruse, Plan Administrator

MEMORANDUM

December 14, 2000

TO:     Paul Kruse

FROM:   Bob Wallick  *Robert D Wallick* (signature)

RE:     Beneficiary Designation for Cash or Deferred Profit Sharing Plan and Profit Sharing Plan for Class O Employees

---

I have named a marital trust under my Will as the beneficiary of the two plans referenced above. Under the IRS regulations, in order for the trust to be a "designated beneficiary," I am required to supply a copy of the trust document to the plan administrator. I am therefore providing you with a copy of my current Will. I would appreciate it if you would keep this document in a confidential place.

Thank you.

## ROBERT D. WALLICK
## ATTACHMENT TO BENEFICIARY DESIGNATION

      I hereby certify that the attached copy of my Last Will and Testament dated August 30, 1999, is a true and complete copy of my current Will. I hereby agree that, if my Will is amended or revoked at any time in the future, I will, within a reasonable time, provide a copy of each Codicil to my Will and/or of any new Will. A copy of my Will, with all Codicils, will be provided to the plan administrator or custodian upon demand.

Date: 12/14/00            _Robert D. Wallick_ (signature)
                                         Robert D. Wallick