# EXHIBIT 7

Recusal Statement of Ann Day Wallick

Case 1:06-cv-01368-RBW   Document 14-10   Filed 10/26/2006   Page 1 of 4

## RECUSAL STATEMENT OF ANN DAY WALLICK

I, Ann Day Wallick, recognizing that my interest as a beneficiary of the Estate of Robert D. Wallick may conflict with my duties as a co-personal representative of that estate and co-trustee of the trust established under the will with respect to a proposed suit for judicial instructions concerning the ownership of certain assets of the estate and/or trusts, state that I will recuse myself from participation in such suit, if filed, as a personal representative and trustee. I intend to participate as a beneficiary in any such suit, and I reserve all rights I may have in that capacity. This recusal shall become effective upon the consent of all interested parties in this estate, as shown by their signatures below.

__11/25/05__  __/s/ Ann Day Wallick__
Date  Ann Day Wallick

WE HAVE READ THE ABOVE AND CONSENT TO THE RECUSAL OF ANN DAY WALLICK:

_____  _____
Date  Peter Wellington, Co-Personal Representative of
 The Estate of Robert D. Wallick and Co-Trustee of
 The Testamentary Trust established under the
 Last Will and Testament of Robert D. Wallick

__12-13-05__  __/s/ Jonathan R. Wallick__
Date  Jonathan R. Wallick

_____  _____
Date  Robert D. Wallick, Jr.

_____  _____
Date  Christopher L. Dodge

_____  _____
Date  Jennifer Wallick Nelson

_____  _____
Date  Jonathan F. Dodge

## RECUSAL STATEMENT OF ANN DAY WALLICK

I, Ann Day Wallick, recognizing that my interest as a beneficiary of the Estate of Robert D. Wallick may conflict with my duties as a co-personal representative of that estate and co-trustee of the trust established under the will with respect to a proposed suit for judicial instructions concerning the ownership of certain assets of the estate and/or trusts, state that I will recuse myself from participation in such suit, if filed, as a personal representative and trustee. I intend to participate as a beneficiary in any such suit, and I reserve all rights I may have in that capacity. This recusal shall become effective upon the consent of all interested parties in this estate, as shown by their signatures below.

11/25/05
_____      _____
Date                                                    Ann Day Wallick

WE HAVE READ THE ABOVE AND CONSENT TO THE RECUSAL OF ANN DAY WALLICK:

_____      _____
Date                                                    Peter Wellington, Co-Personal Representative of
                                                              The Estate of Robert D. Wallick and Co-Trustee of
                                                              The Testamentary Trust established under the
                                                              Last Will and Testament of Robert D. Wallick

_____      _____
Date                                                    Jonathan R. Wallick

_____      _____
Date                                                    Robert D. Wallick, Jr.

_____      Christopher L. Dodge
Date

11-21-05
_____      _____
Date                                                    Jennifer Wallick Nelson

_____      _____
Date                                                    Jonathan F. Dodge

## RECUSAL STATEMENT OF ANN DAY WALLICK

I, Ann Day Wallick, recognizing that my interest as a beneficiary of the Estate of Robert D. Wallick may conflict with my duties as a co-personal representative of that estate and co-trustee of the trust established under the will with respect to a proposed suit for judicial instructions concerning the ownership of certain assets of the estate and/or trusts, state that I will recuse myself from participation in such suit, if filed, as a personal representative and trustee. I intend to participate as a beneficiary in any such suit, and I reserve all rights I may have in that capacity. This recusal shall become effective upon the consent of all interested parties in this estate, as shown by their signatures below.

_11/25/05_
Date

_[signed] Ann Day Wallick_
Ann Day Wallick

WE HAVE READ THE ABOVE AND CONSENT TO THE RECUSAL OF ANN DAY WALLICK:

_____
Date

Peter Wellington, Co-Personal Representative of
The Estate of Robert D. Wallick and Co-Trustee of
The Testamentary Trust established under the
Last Will and Testament of Robert D. Wallick

_____
Date

Jonathan R. Wallick

_11/27/05_
Date

_[signed] Robert D. Wallick Jr._
Robert D. Wallick, Jr.

_____
Date

Christopher L. Dodge

_____
Date

Jennifer Wallick Nelson

_____
Date

Jonathan F. Dodge