IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  1:06CV01368 |
| ) | Judge:  Reggie B. Walton |
| STEPTOE & JOHNSON, LLP PROFIT ) | |
| SHARING PLAN FOR CLASS O ) | |
| EMPLOYEES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of the motion of Robert D. Wallick, Jr., Jennifer Wallick Nelson, and Jonathan R. Wallick to intervene as parties plaintiff and the opposition thereto filed on behalf of the plaintiffs, it is hereby

ORDERED that the Motion of the Wallick Children to Intervene be and hereby is denied.

                                                                                                  _____

                                                                                                   Honorable Reggie B. Walton
                                                                                                   United States District Judge

cc:    Karl W. Pilger, Esq.
         Boring & Pilger, P.C.
         307 Maple Avenue West, Suite D
         Vienna, VA   22180-4307
         *Counsel for Plaintiffs*

         Karla Grossenbacher, Esq.
         Seyfarth Shaw LLP
         815 Connecticut Ave., NW, Suite 500
         Washington, DC   20006-4004
         *Counsel for Defendants*

         William E. Davis, Esq.
         Ross, Marsh & Foster
         2001 L Street, NW, Suite 400
         Washington, DC   20036
         *Counsel for the Wallick Children*