IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01368 (RBW) |
| ) | |
| STEPTOE & JOHNSON, LLP PROFIT SHARING ) | |
| PLAN FOR CLASS O EMPLOYEES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants/Counterclaim-Plaintiffs, Steptoe & Johnson LLP ("Steptoe"), Steptoe & Johnson LLP Profit Sharing Plan for Class O Employees ("Class O Plan"), Steptoe & Johnson LLP Cash or Deferred Profit Sharing Plan ("Cash or Deferred Plan"), Paul Kruse ("Kruse"), and Steptoe & Johnson LLP Group Life Insurance Plan ("Life Insurance Plan") (collectively "Defendants" or the "Counterclaim-Plaintiffs"), by and through their undersigned attorneys, respectfully submit this Notice of Supplemental Authority to direct the Court's attention to *Metropolitan Life Insurance Company v. Price,* No. 05-2927, 2007 U.S. App. LEXIS 21076 (3d. Cir. September 4, 2007) as supplemental authority in support of the arguments set forth in their Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Dismiss Counterclaim in Interpleader and their Motion for Joinder of Additional Parties.

The Third Circuit's opinion in *Price* was issued after the briefing on the pending motions was completed and is being submitted to assist the Court in deciding the pending motions. The fact pattern and holding set forth *Price* are directly applicable to the instant case. Specifically, in *Price*, the claims fiduciary had received competing claims to the decedent's life insurance

DC1 30208229.1

benefits from the decedent's widow and the decedent's children. The claims fiduciary responded by filing an interpleader action against the competing claimants. The district court dismissed the fiduciary's interpleader action on the grounds that it lacked subject matter jurisdiction. The Third Circuit reversed the district court's decision, holding that (1) there was federal question jurisdiction over the interpleader action filed by the fiduciary under 29 U.S.C. § 1132(a)(3) because the fiduciary was seeking "appropriate equitable relief" through the interpleader action "to enforce the provisions of ERISA and the plan by ensuring that funds are disbursed to the proper beneficiary." *Id*. at *10-12.; (2) ERISA's "exhaustion requirement is a nonjurisdictional affirmative defense." *Id*. at *22; and (3) in any event, a "reverse exhaustion requirement" did not apply to the fiduciary in *Price* because a question of law was determinative of which claimant was entitled to the life insurance proceeds and thus the fiduciary's decision would not have received any deference even if exhaustion had taken place.[1] *Id*. at *22-28.

The Third Circuit's decision in *Price* directly supports the Defendants/Counterclaim Plaintiffs' position in the pending motions. For the Court's convenience, a copy of the *Price*

---

[1] In *Price*, the decision as to which claimant was entitled to the benefits turned on whether a certain divorce judgment was a "qualified domestic relations order." In this case, the decision rests on the legal significance of the unsigned beneficiary designation form and other papers belonging to Mr. Wallick that suggested he had taken steps to change the beneficiary designation, as well as the legal effect of the terms of the post-nuptial agreement.

2

decision is attached hereto as Exhibit 1.

        Respectfully submitted,

        STEPTOE & JOHNSON, LLP, STEPTOE & JOHNSON, LLP PROFIT SHARING PLAN FOR CLASS O EMPLOYEES, STEPTOE & JOHNSON, LLP CASH OR DEFERRED PROFIT SHARING PLAN, PAUL KRUSE, STEPTOE & JOHNSON, LLP GROUP LIFE INSURANCE PLAN

        By: _____/s/_____
           Karla Grossenbacher, DC Bar No. 442544
           Eyana Smith, DC Bar No. 489466
           SEYFARTH SHAW LLP
           815 Connecticut Avenue, N.W., Suite 500
           Washington, D.C. 20006-4004
           (202) 463-2400

        Attorneys for Defendants

Dated: September 17, 2007

DC1 30208229.1