UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DODGE, et al,                                     )
                                                            )
       Plaintiffs,                           )
                                                            )
   v.                                                  )   Civil Action No. 06-1368 (RBW)
                                                            )
STEPTOE & JOHNSON LLP PROFIT SHARING )
PLAN FOR CLASS O EMPLOYEES et al.,   )
                                                            )
       Defendants,                         )
_____)

**ORDER**

      Ms. Karla Grossenbacher, counsel for the defendants, has notified the Court by telephone on two occasions that the parties have reached a settlement in the instant action. She has further advised the Court that as a result of the multiple parties to the settlement agreement, the agreement has not been executed. In light of a pending settlement between the parties in the instant action, it is hereby this 28th day of March, 2008

      **ORDERED** that the defendants' Motion for Joinder of Additional Parties is **denied without prejudice**. It is further

      **ORDERED** that the motion of Robert Wallick, Jr., Jennifer Wallick Nelson, and Jonathan Wallick, (The "Wallick Children") to Intervene as Party Plaintiffs is **denied without prejudice**. It is further

      **ORDERED** that the plaintiffs' Motion to Dismiss Counterclaim in Interpleader is **denied without prejudice**. It is further

      **ORDERED** that a status conference shall be held on May 16, 2008 at 3:30 p.m. in Courtroom 16 before the Honorable Reggie B. Walton at the E. Barrett Prettyman United States

Courthouse , 333 Constitution Avenue, N.W., Washington, DC 20001.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge