IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  1:06CV01368 |
| ) | Judge:  Reggie B. Walton |
| STEPTOE & JOHNSON, LLP PROFIT ) | |
| SHARING PLAN FOR CLASS O ) | |
| EMPLOYEES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties who have appeared in this action, by and through their undersigned counsel, and stipulate to the dismissal of this action with prejudice, including all claims and counterclaims.  Counsel for plaintiffs has received permission to represent the agreement of all parties to this dismissal and to sign this stipulation on their behalf.

                                                                                       Respectfully submitted,

| | |
|---|---|
| BORING & PILGER, P.C. | SEYFARTH SHAW LLP |
| | |
| /s/ Karl W. Pilger | /s/ Karla Grossenbacher |
| _____ | _____ |
| Karl W. Pilger (Bar No. 941955) | Karla Grossenbacher (Bar No. 442544) |
| 307 Maple Avenue West, Suite D | 815 Connecticut Avenue, N.W., Suite 500 |
| Vienna, Virginia   22180-4307 | Washington, DC   20006-4004 |
| Phone: (703) 281-2161 | Phone: (202) 463-2400 |
| Fax:    (703) 281-9464 | Fax:    (202) 828-5393 |
| Email: kpilger@boringandpilger.com | Email:  kgrossenbacher@seyfarth.com |
| *Counsel for Plaintiffs and Counterdefendants* | *Counsel for Defendants and Counterclaimants* |

ROSS, MARSH & FOSTER

/s/ William E. Davis

_____
William E. Davis (Bar No. 187914)
2001 L Street, N.W., Suite 400
Washington, D.C.   20036
Phone: (202) 822-8888
Fax:    (202) 775-9330
Email: wdavis@rossmarshfoster.com
*Counsel for Robert D. Wallick, Jr., Jennifer Wallick Nelson,*
*and Jonathan R. Wallick*



                                            SO ORDERED:


_____    _____
Date                                Honorable Reggie B. Walton
                                    United States District Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 16, 2008, a true and accurate copy of the foregoing *Stipulation of Dismissal with Prejudice* was served via electronic transmission upon:

Karla Grossenbacher, Esq.
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC  20006-4004

William E. Davis, Esq.
Ross, Marsh & Foster
2001 L Street, NW, Suite 400
Washington, DC  20036

and via first-class mail, postage prepaid, upon:

David E. Constine, III, Esq.
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122

Susan G. Blumenthal, Esq.
Williams Mullen
1666 K Street, Suite 1200
Washington, DC  20036

             /s/ Karl W. Pilger
             _____
             Karl W. Pilger