IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ECF**

| | |
|---|---|
| CHRISTOPHER L. DODGE, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>STEPTOE & JOHNSON, LLP PROFIT  )<br>SHARING PLAN FOR CLASS O  )<br>EMPLOYEES, *et al.*,  )<br>  )<br>    Defendants.  ) | Civil Action No. 1:06CV01368<br>Judge: Reggie B. Walton |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties who have appeared in this action, by and through their undersigned counsel, and stipulate to the dismissal of this action with prejudice, including all claims and counterclaims. Counsel for plaintiffs has received permission to represent the agreement of all parties to this dismissal and to sign this stipulation on their behalf.

Respectfully submitted,

BORING & PILGER, P.C.                    SEYFARTH SHAW LLP

/s/ Karl W. Pilger                              /s/ Karla Grossenbacher

---

Karl W. Pilger (Bar No. 941955)              Karla Grossenbacher (Bar No. 442544)
307 Maple Avenue West, Suite D               815 Connecticut Avenue, N.W., Suite 500
Vienna, Virginia 22180-4307                  Washington, DC 20006-4004
Phone: (703) 281-2161                        Phone: (202) 463-2400
Fax:   (703) 281-9464                        Fax:   (202) 828-5393
Email: kpilger@boringandpilger.com           Email: kgrossenbacher@seyfarth.com
*Counsel for Plaintiffs and Counterdefendants*   *Counsel for Defendants and Counterclaimants*

ROSS, MARSH & FOSTER

/s/ William E. Davis
_____
William E. Davis (Bar No. 187914)
2001 L Street, N.W., Suite 400
Washington, D.C.  20036
Phone: (202) 822-8888
Fax:    (202) 775-9330
Email: wdavis@rossmarshfoster.com
*Counsel for Robert D. Wallick, Jr., Jennifer Wallick Nelson,
and Jonathan R. Wallick*

SO ORDERED:

_May 16, 2008_____       _____
Date                         Honorable Reggie B. Walton
                             United States District Judge

2